Bankruptcy Case No. 21–30347–KLP

Adversary Proceeding Case No. 23–03008–KLP

## CERTIFICATE OF SERVICE

I, Amanda R. Nugent _____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __2/3/2023_____ (date) by:

☒ **Mail Service:** Regular, first class United States mail, postage fully pre–paid, addressed to:
  Teresa Schneider Heath
  6319 Cold Harbor Road
  Mechanicsville, VA 23111

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

___2/3/2023_____  ___/s/ Amanda R. Nugent_____
                Date                                                       Signature

| Print Name |
| --- |
| Amanda R. Nugent, Kutak Rock LLP, 901 E. Byrd St., Ste. 1000 |
| Business Address |
| Richmond, VA 23219 |
| City            State            Zip |